# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-12100-ELF

    FRANK R. MISAK
    LISA K MISAK
    120 NORTH 10TH STREET

    AKRON, PA 17501

        Debtor

## **CERTIFICATE OF SERVICE**

        **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    FRANK R. MISAK
    LISA K MISAK
    120 NORTH 10TH STREET

    AKRON, PA 17501

Counsel for debtor(s), by electronic notice only.

    ALAINE V GRBACH, ESQ
    675 REAR ESTELLE DR

    LANCASTER, PA 17601-

        /S/ William C. Miller
Date: 9/8/2016        _____

        William C. Miller, Esquire
        Chapter 13 Standing Trustee