# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re: Frank R. Misak, Lisa K Misak, Debtor(s)

Case No. 16-12100
Chapter 13

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2016, a copy of Debtors' Fist Amended Plan was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

Ability Recovery Servi
Bur Acct Mgm
Capital One
Financial Recoveries
Lanc Coll
LVNV Funding
Midland Funding
National Recovery Agency
Pnc Mortgage, c/o Joshua Goldman, Esquire

/s/ Alaine V. Grbach
Alaine V. Grbach 45485
Alaine V. Grbach, Esquire
675 REAR Estelle Drive
Lancaster, PA 17601
717-898-8402 Fax:1-866-928-4707
avgrbach@aol.com