**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | **FRANK R. MISAK** | : | Chapter 13 |
| | **LISA K. MISAK** | : | |
| | | : | |
| | Debtors | : | Bky. No. 16-12100 ELF |

# O R D E R

**AND NOW,** upon consideration of Stipulation between the Debtors and PNC Bank, NA (Doc. # 43), it is hereby **ORDERED** that the Clerk shall amend the Claims Register to reflect that Claim No. 1 is an allowed secured claim for prepetition mortgage arrears in the amount of $12,726.59.

Date: November 1, 2016

**ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE**