United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Frank R. Misak
Lisa K Misak
    Debtors

Case No. 16-12100-elf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: JeanetteG     Page 1 of 1     Date Rcvd: Nov 01, 2016
                       Form ID: pdf900     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2016.
db/jdb         +Frank R. Misak,    Lisa K Misak,    120 North 10th Street,    Akron, PA 17501-1500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: bankruptcy@phila.gov Nov 02 2016 02:05:26     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA 19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 02 2016 02:05:15
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 02 2016 02:05:21     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                         TOTAL: 3

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2016 at the address(es) listed below:
         ALAINE V. GRBACH    on behalf of Debtor Frank R. Misak avgrbach@aol.com
         ALAINE V. GRBACH    on behalf of Joint Debtor Lisa K Misak avgrbach@aol.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PNC Bank, National Association
          bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | FRANK R. MISAK | : | Chapter 13 |
| | LISA K. MISAK | : | |
| | | : | |
| | Debtors | : | Bky. No.  16-12100 ELF |

# O R D E R

**AND NOW,** upon consideration of Stipulation between the Debtors and PNC Bank, NA (Doc. # 43), it is hereby **ORDERED** that the Clerk shall amend the Claims Register to reflect that Claim No. 1 is an allowed secured claim for prepetition mortgage arrears in the amount of $12,726.59

Date:  November 1, 2016

**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**