**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | : | |
|---|---|---|
| **FRANK R. MISAK** | | CHAPTER 13 |
| **LISA K. MISAK,** | : | |
| | : | CASE NO. 16-12100 |
| DEBTORS. | | |
| | : | |

**CERTIFICATE OF NO RESPONSE WITH RESPECT TO**
**APPLICATION FOR COMPENSATION**

I, Alaine V. Grbach, Esquire, hereby certify that the twenty one (21) days during which parties in interest had to answer or object to the above Application for Compensation and Reimbursement of Expenses, after service thereon, exclusive of the date of service, have expired and no answer or objection has been filed and/or served upon undersigned Applicant.

                                          Respectfully submitted,

**DATED: February 6, 2017**                **/s/ Alaine V. Grbach, Esquire**
                                                        Alaine V. Grbach, Esquire
                                                        Counsel to Debtor
                                                        1480 Old Harrisburg Pike
                                                        Lancaster, PA 17601
                                                         (717) 399-8420 - telephone
                                                        866-928-4707 - facsimile
                                                         I.D. No.: 45485