United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Frank R. Misak  
Lisa K Misak  
    Debtors

Case No. 16-12100-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: JeanetteG      Page 1 of 1      Date Rcvd: Feb 09, 2017  
                      Form ID: pdf900      Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2017.
```
db/jdb         +Frank R. Misak,    Lisa K Misak,    120 North 10th Street,    Akron, PA 17501-1500
NONE           +Alaine V. Grbach,    675 Estelle Drive,    Lancaster, PA 17601-2129
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Feb 10 2017 01:49:04      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA   19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 10 2017 01:48:39
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 10 2017 01:48:47      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3
```

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2017                                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2017 at the address(es) listed below:
```
          ALAINE V. GRBACH    on behalf of Debtor Frank R. Misak avgrbach@aol.com
          ALAINE V. GRBACH    on behalf of Joint Debtor Lisa K Misak avgrbach@aol.com
          ALAINE V. GRBACH    on behalf of  Alaine V. Grbach avgrbach@aol.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PNC Bank, National Association
           bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    PNC Bank, National Association tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                            TOTAL: 7
```

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | CHAPTER 13 |
| --- | --- | --- |
| **FRANK R. MISAK** AND **LISA K. MISAK** | : | |
| DEBTORS. | : | Case No. 16-12100 ELF |
| | : | |

## ORDER

**AND NOW,** upon consideration of the Application, for Compensation("the Application") filed by the Debtors counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $3,500.00.

3. The Chapter 13 Trustee chapter 13 is authorized to distribute to the Application as an administrative expense pursuant to 11 U.S.C. § 1326(b), 11 U.S.C. § 507, 11 U.S.C. §503(b) and 11 U.S.C. § 330(a)(4)(B), the allowed compensation set forth in ¶2 less $1,000.00 which was paid by the Debtor prepetition, to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

Date: 2/8/17

_____
Eric L. Frank,
**CHIEF U.S. BANKRUPTCY JUDGE**