United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-12100-elf |
| Frank R. Misak | Chapter 13 |
| Lisa K Misak | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 29, 2021 | Form ID: trc | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| 14429596 | NewRez Mortgage LLC d/b/a Shellpoint Mortgage Serv, P.O. Box 10826, Greenville, SC 29603-0826 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2021                    Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALAINE V. GRBACH | on behalf of Joint Debtor Lisa K Misak avgrbach@aol.com |
| ALAINE V. GRBACH | on behalf of Alaine V. Grbach avgrbach@aol.com |
| ALAINE V. GRBACH | on behalf of Debtor Frank R. Misak avgrbach@aol.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor PNC Bank National Association Josh.Goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com |
| THOMAS I. PULEO | on behalf of Creditor PNC Bank National Association tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 29, 2021 | Form ID: trc | Total Noticed: 1 |

WILLIAM C. MILLER, Esq.
        on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
        ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 9

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-12100-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Frank R. Misak<br>120 North 10th Street<br>Akron PA 17501 | Lisa K Misak<br>120 North 10th Street<br>Akron PA 17501 |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/26/2021.

Name and Address of Alleged Transferor(s):

Claim No. 1: NewRez Mortgage LLC d/b/a Shellpoint Mortgage Serv, P.O. Box 10826, Greenville, SC  29603-0826

Name and Address of Transferee:

Wilmington Savings Fund Society, FSB
Selene Finance, LP
9990 Richmond Ave Suite 400 South
Attn: BK Dept
Houston TX 77042

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   03/31/21

Tim McGrath
**CLERK OF THE COURT**