United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Frank R. Misak  
Lisa K Misak  
    Debtors

Case No. 16-12100-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Jul 16, 2021      Form ID: 138NEW      Total Noticed: 20

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Frank R. Misak, Lisa K Misak, 120 North 10th Street, Akron, PA 17501-1500 |
| 13810516 | + | Alaine V. Grbach, 675 Estelle Drive, Lancaster, PA 17601-2129 |
| 13698633 | + | Bur Acct Mgm, 3607 Rosemont Ave Ste 50, Camp Hill, PA 17011-6904 |
| 13698634 | + | Bureau Of Account Mana, 3607 Rosemont Ave Ste 50, Camp Hill, PA 17011-6943 |
| 13698636 | + | Financial Recoveries, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 14429596 | | NewRez Mortgage LLC d/b/a Shellpoint Mortgage Serv, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14593684 | + | Wilmington Savings Fund Society, FSB, Selene Finance, LP, 9990 Richmond Ave Suite 400 South, Attn: BK Dept, Houston TX 77042-4546 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 16 2021 23:32:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 16 2021 23:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 16 2021 23:32:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jul 16 2021 23:35:29 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13698632 | + | Email/Text: mnapoletano@ars-llc.biz | Jul 16 2021 23:32:00 | Ability Recovery Servi, Pob 4031, Wyoming, PA 18644-0031 |
| 13698635 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 17 2021 00:02:23 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 13698638 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 16 2021 23:35:37 | LVNV Funding, Po Box 10497, Greenville, SC 29603-0497 |
| 13698637 | + | Email/Text: csd1clientservices@cboflanc.com | Jul 16 2021 23:32:00 | Lanc Coll, 218 West Orange St, Lancaster, PA 17603-3746 |
| 13698639 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 16 2021 23:32:00 | Midland Funding, 2365 Northside Dr, Suite 300, San Diego, CA 92108-2709 |
| 13698640 | + | Email/Text: Bankruptcies@nragroup.com | Jul 16 2021 23:32:00 | National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 13777906 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 16 2021 23:32:00 | PNC Bank, National Association, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 13698641 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 16 2021 23:32:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |

Case 16-12100-elf    Doc 69    Filed 07/18/21    Entered 07/19/21 00:40:25    Desc Imaged
Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 16, 2021 | Form ID: 138NEW | Total Noticed: 20 |

| 13868956 | + | Email/PDF: rmscedi@recoverycorp.com | Jul 16 2021 23:35:37 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
|---|---|---|---|---|

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| NONE | *+ | Alaine V. Grbach, 675 Estelle Drive, Lancaster, PA 17601-2129 |
| cr | * | NewRez Mortgage LLC d/b/a Shellpoint Mortgage Serv, P.O. Box 10826, Greenville, SC 29603-0826 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2021             Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALAINE V. GRBACH | on behalf of Alaine V. Grbach avgrbach@aol.com |
| ALAINE V. GRBACH | on behalf of Debtor Frank R. Misak avgrbach@aol.com |
| ALAINE V. GRBACH | on behalf of Joint Debtor Lisa K Misak avgrbach@aol.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor Wilmington Savings Fund Society  FSB cwohlrab@raslg.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor PNC Bank  National Association Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor PNC Bank  National Association bkgroup@kmllawgroup.com |
| THOMAS I. PULEO | on behalf of Creditor PNC Bank  National Association tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Frank R. Misak and Lisa K Misak
        Debtor(s)                                                                                Bankruptcy No: 16−12100−elf
                                                                                                         Chapter: 13

_____

## ***NOTICE OF DEADLINES***

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                                  900 Market Street
                                      Suite 400
                               Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                               For The Court
                                                                                   Timothy B. McGrath
                                                                                       Clerk of Court

Dated: 7/16/21

                                                                                                                                   67 − 66
                                                                                                                    Form 138_new